ORIGINAL

FILED
08 FEB 28 PM 3:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

SEYFARTH SHAW LLP
Stacy D. Shartin (SBN 58281) sshartin@seyfarth.com
Paul C. White II (SBN 213900) pcwhite@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
OTIS ELEVATOR COMPANY

'08 CV 0380 JLS RBB

BY FAX

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

RUSSELL ANDERSON,

Plaintiff,

v.

OTIS ELEVATOR COMPANY and DOES 1 through 100,

Defendant.

Case No. ____________

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

(San Diego Superior Court Case No. 37-2007-00083686-CU-FR-CTL)

Complaint Filed: December 13, 2007
Complaint Served: January 28, 2008

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

///

///

///

///

**PLEASE TAKE NOTICE THAT**, pursuant to *Southern District Local Rule* 40.2 and *Federal Rule of Civil Procedure* 7.1, the undersigned counsel of record for Defendant OTIS ELEVATOR COMPANY ("Otis") hereby confirms that United Technologies Corporation ("UTC") is a parent of Otis, and that UTC is a publicly held company.

DATED: February 28, 2008

SEYFARTH SHAW LLP
Stacy D. Shartin
Paul C. White II

By ______________________
Stacy D. Shartin

Attorneys for Defendant
OTIS ELEVATOR COMPANY