**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ANDERSON v. OTIS ELEVATOR — Case No. 08CV380 JLS(RBB)

**Time Spent: 10 min.**

HON. RUBEN B. BROOKS — CT. DEPUTY VICKY LEE — Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| Frederick Gaston (present) | |

PROCEEDINGS: X In Chambers ____ In Court ____ Telephonic

An early neutral evaluation conference and case management conference were held.

An order to show cause was issued for Defendant and Defendant's counsel's failure to appear at today's conference.

Any opposition to the order to show cause explaining why sanctions should not be imposed shall be filed by April 14, 2008. Plaintiff may file a reply by April 24, 2008.

A settlement conference and order to show cause hearing is set for September 12, 2008, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: April 4, 2008

IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Sammartino
All Parties of Record

INITIALS: VL (mg/irc) Deputy