SEYFARTH SHAW LLP
Stacy D. Shartin (SBN 58281) sshartin@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
OTIS ELEVATOR COMPANY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY and DOES 1 through 100,<br><br>Defendant. | Case No. 08 CV 0380 JLS RBB<br><br>**DEFENDANT'S RESPONSE TO OSC; DECLARATION OF DEFENDANT'S COUNSEL, STACY D. SHARTIN**<br><br>Complaint Filed: December 13, 2007<br>Complaint Served: January 28, 2008 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF STACY D. SHARTIN**

I, Stacy D. Shartin, declare as follows:

1. I am over the age of 18 and not a party to this action. I am familiar with the facts of this case, and I could and would competently testify to the following facts on the basis of my own personal knowledge.

2. By this declaration, I apologize to the honorable Court and opposing counsel for my non-appearance at the Early Neutral Evaluation Conference. The non-appearance was not intentional and I take full responsibility for the same.

3. The associate lawyer who was working with me on this case left abruptly several weeks ago. However, the ENE Conference was timely scheduled on my firm's internal calendar system. The non-appearance resulted from my own failure to carefully check the calendar system.

4. I did not intend to show the Court or opposing counsel any disrespect, and I promise that oversights such as this will not recur.

I declare, under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 14th day of April, 2008, at Los Angeles, California.

Stacy D. Shartin

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On 14 April 2008, I served the within documents:

**Defendant's Response To OSC; Declaration Of Defendant's Counsel, Stacy D. Shartin**

☒ I sent such document from facsimile machine (310) 201-5219 on 14 April 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ by Electronic Case Filing the document(s) listed above, to the parties addressed as set forth below.

FREDERICK W. GASTON
MATTHEW J. FAUST
222 Ash Street
San Diego, CA 92101
Telephone: 619/398-1882; Facsimile: 619/398-1887

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on 14 April 2008, at Los Angeles, California.

Denise R. Wasko-Peña

## Confirmation Report – Memory Send

Page : 001
Date & Time: Apr-14-08 01:43pm
Line 1 :
Line 2 :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 405 |
| Date | : | Apr-14 01:41pm |
| To | : | ☎#291916193981887 |
| Number of pages | : | 004 |
| Start time | : | Apr-14 01:41pm |
| End time | : | Apr-14 01:43pm |
| Pages sent | : | 004 |
| Status | : | OK |

Job number : 405 *** SEND SUCCESSFUL ***

SEYFARTH SHAW LLP
ATTORNEYS

2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
(310) 277-7200
Fax (310) 201-5219
www.seyfarth.com

## Facsimile Transmission

Date: April 14, 2008

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| FREDERICK W. GASTON<br>MATTHEW J. FAUST | Law Offices | 619/398-1882 | 619/398-1887 |

Please Copy Locally

FROM: Stacy D. Shartin
PHONE: (310) 201-5206
RE: Anderson v. Otis Elevator Company
USDC Case No. 08 CV 0380 JLS RBB

REPLY FAX NO.: (310) 201-5219

File No: 54542-11 Number of Pages, Including Cover: 4

- ☒ Hard copy to follow
- ☐ Per your request
- ☐ Please telephone me
- ☐ Hard copy will not follow
- ☐ Please review and revise if necessary

MESSAGE:

*Please see attached.*

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (310) 277-7200 AS SOON AS POSSIBLE.

LA1 6682390.2