FREDERICK W. GASTON
STATE BAR # 231179

GASTON & GASTON
1010 SECOND AVE, SUITE 1770
SAN DIEGO, CA 92101
TELEPHONE: (619) 398-1882
FAX: (619) 398-1887

Attorneys for Complainant Russell Anderson

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUSSELL ANDERSON,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**OTIS ELEVATOR COMPANY AND DOES 1 THROUGH 100,**<br><br>**Defendant.** | **Case No.: 08 CV 0380 JLS RBB**<br><br>**MEMORANDUM OF COSTS; DECLARATION OF PLAINTIFF'S COUNSEL, FREDERICK W. GASTON**<br><br>**Complaint Filed: December 13, 2007**<br><br>**OSC Hearing Date: September 12, 2008**<br>**OSC Hearing Time: 10:00 A.M.** |

**STATEMENT OF COSTS**

| | |
|---|---|
| Time Expended | 1 hour, 30 min |
| Attorney Rate | $250.00/hr |
| Clerk Rate | $85.00/hr |
| TOTAL | $502.50 |

//

//

**DECLARATION OF FREDERICK W. GASTON**

I, Frederick W. Gaston, declare as follows:

1. I am over the age of 18 and not a party to this action. I am familiar with the facts of this case, and could competently testify to the following facts on the basis of my own personal knowledge.

2. On April 4, 2008, an Early Neutral Evaluation was held in Room 1185, presided over by the Honorable Judge Ruben B. Brooks.

3. Present at the Early Neutral Evaluation was the Plaintiff in this case, Mr. Russell Anderson; Plaintiff's attorney Frederick W. Gaston; and Law Clerk for Mr. Gaston, David L. Skilling.

4. In preparation for the Early Neutral Evaluation, Attorney Gaston and Clerk Skilling met with Plaintiff Anderson at the offices of Gaston & Gaston, located at 1010 Second Avenue, Suite 1770, in San Diego, California. This meeting lasted approximately 30 minutes.

5. Mr. Gaston, Mr. Skilling, and Mr. Anderson arrived at Room 1185 at approximately 1:30 p.m. and stayed until approximately 2:15 p.m.

6. Mr. Gaston, Mr. Skilling, and Mr. Anderson arrived back at the office of Gaston & Gaston at approximately 2:30 p.m.

7. In total, Mr. Gaston and Mr. Skilling spent one hour and thirty minutes to prepare, attend, and transport to and from the Early Neutral Evaluation.

8. The foregoing memorandum of costs is true and accurate.

Executed on this 16th day of April, 2008, at San Diego, California.

Frederick W. Gaston