# PROOF OF SERVICE

CASE NAME: ANDERSON v. OTIS ELEVATOR ET AL
CASE NUMBER: **08 CV 0380 JLS RBB**

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My office address is 1010 Second Ave, Suite 1770, San Diego, California 92101.

On **April 21, 2008**, I served the foregoing documents described as:

1. **MEMORANDUM OF COSTS**

on interested parties in this action by submitting a true and correct copy thereof onto the CM/ECF online system, as follows:

Stacy D. Shartin
Seyfarth Shaw LLP
2029 Century Park East, Suite 3300
Los Angeles, CA 90067

// (By Facsimile) I caused such document to be transmitted via facsimile during normal business hours to the above facsimile number(s)

// (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at San Diego, CA.

/X/ (By CM/ECF) I submitted such document.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **21st Day of , 2008** at San Diego, California.

David L. Skilling
Gaston & Gaston