I, Stacy D. Shartin, declare as follows:

1. I am an attorney at law, admitted to practice in the State of California and before this Honorable Court. I am the attorney primarily responsible for representing the Defendant in this matter. If called upon to testify in this matter, I could competently testify to the following facts based upon my own personal knowledge.

2. I am submitting this Declaration in support of my ex parte application to continue the settlement conference that was scheduled to take place at 10:00 a.m. on Friday, September 12, 2008.

3. My mother will be 82 years old on October 8, 2008.

4. On Wednesday, August 27, 2008, we checked my mother into the Tarzana-Encino Hospital, located on Ventura Boulevard in Encino, California, because of back problems, dermatological problems, and psychiatric problems.

5. On Friday evening, August 29, 2008, we transferred my mother to the Mental Health Unit at the hospital, and she has been a patient in that unit since then. I have visited her on a daily basis while her medications were being adjusted and her ability to care for herself and her eligibility to be released from the hospital developed.

6. My mother's doctors did not confirm until this morning that they were releasing my mother from the hospital tomorrow, Thursday, September 11, 2008. At that time I will have to transfer my mother to a rehabilitation facility because she is not yet capable of returning to her home.

7. It is essential that I be with my mother when she is released from the hospital tomorrow and that I spend enough time with her at the rehabilitation facility to make sure she will accept being in that facility instead of being at home. This will require me to be with my

mother at the rehabilitation facility on Thursday, and Friday, September 11 and 12, 2008, and it will preclude me from attending the Court Conference on September 12.

8. As soon as I heard about my mother's release from the hospital and realized that it would interfere with my appearance at the Court Conference on September 12, 2008, I called plaintiff's counsel and faxed him the letter attached hereto as Exhibit 1.

9. Counsel was gracious enough to call back and report that, under the circumstances, he would not oppose my *ex parte* application to continue the Conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, this 10th day of September, 2008.