SEYFARTH SHAW LLP
ATTORNEYS

2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
(310) 277-7200
fax (310) 201-5219
www.seyfarth.com

Writer's direct phone
(310) 201-5206

Writer's e-mail
sshartin@seyfarth.com

September 10, 2008

**VIA FACSIMILE 619-398-1882**
**AND U.S. MAIL**

Frederick W. Gaston
David L. Skilling
Gaston & Gaston
1010 Second Avenue, Suite 1770
San diego, CA 92101

Re: Anderson v. Otis Elevator company; Case No. 08 CV 0380 JLS RBB

Gentlemen:

For unavoidable personal reasons, I must request a postponement of the Court Conference scheduled for Friday, September 12, 2008, in this matter. My mother has been in the hospital here in Los Angeles for the last two weeks and I was just informed that she will be released on Thursday or Friday. I have to make arrangements for her to be transferred to a Rehabilitation Center as soon as she is released, and I will have to help her settle into that Center. As a result, I will not be able to attend the Conference on Friday.

I apologize for the short notice, but, under the circumstances, I hope that you will authorize me to represent to the Court that you do not oppose my request for a short continuance, based upon the Court's calendar. We intend to call the Court about this today, so your prompt response is very much appreciated.

Thank you for your continuing courtesy and cooperation.

Sincerely,

SEYFARTH SHAW LLP

Stacy D. Shartin



BRUSSELS WASHINGTON, D.C. SAN FRANCISCO SACRAMENTO NEW YORK LOS ANGELES HOUSTON CHICAGO BOSTON ATLANTA

# Confirmation Report – Memory Send

Page : 001
Date & Time: Sep-10-08 11:43am
Line 1 :
Line 2 :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 884 |
| Date | : | Sep-10 11:42am |
| To | : | ☎816916193981887 |
| Number of pages | : | 002 |
| Start time | : | Sep-10 11:42am |
| End time | : | Sep-10 11:43am |
| Pages sent | : | 002 |
| Status | : | OK |

Job number : 884 *** SEND SUCCESSFUL ***

SEYFARTH ATTORNEYS SHAW LLP

2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
(310) 277-7200
Fax (310) 201-5219
www.seyfarth.com

## Facsimile Transmission

Date: September 10, 2008

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| Frederick W. Gaston | Gaston & Gaston | 619/398-1882 | 619/398-1887 |
| David L. Skilling | | Please Copy Locally | |

FROM: Stacy D. Shartin
PHONE: (310) 201-5206
RE: Anderson v. Otis Elevator Company
USDC Case No. 08 CV 0380 JLS RBB

REPLY FAX NO.: (310) 201-5219

File No: 54542-11 Number of Pages, Including Cover: 2

☒ Hard copy to follow
☐ Per your request
☐ Please telephone me
☐ Hard copy will not follow
☐ Please review and revise if necessary

MESSAGE:

*Please see attached.*

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (310) 277-7200 AS SOON AS POSSIBLE.

LA1 [illegible]