UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL ANDERSON, Plaintiff, v. OTIS ELEVATOR COMPANY; DOES 1-100, Defendants. | Civil No. 08cv0380 JLS(RBB) ORDER GRANTING OTIS ELEVATOR COMPANY'S EX PARTE APPLICATION TO CONTINUE SEPTEMBER 12, 2008, HEARING DATE ON ORDER TO SHOW CAUSE AND SETTLEMENT CONFERENCE |

Defendant Otis Elevator Company's Ex Parte Application to continue the September 12, 2008, hearing date on the order to show cause and settlement conference [doc. no. 6] was submitted to this Court for determination.

Having considered the application and any opposition to it, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The application is GRANTED;

2. The Court will continue the hearing on the order to show cause and the settlement conference, scheduled for September 12, 2008, until September 19, 2008, at 8:30 a.m.

IT IS SO ORDERED.

DATED: September 11, 2008

Ruben B. Brooks, Magistrate Judge
United States District Court

cc:
Judge Sammartino
All Parties of Record